# UNITED STATES BANKRUPTCY COURT

_Northern_ _____ DISTRICT OF _Illinois_

In re _La.terra M Jones_ Case No. _07-17427_

Debtor   Chapter _____

## APPLICATION TO PAY FILING FEES IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _294-_ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment for transfer any property for services in connection with this case until the Filing Fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

$ _75_   Check one ☑ With the filing of the petition, or
☑ On or before _9/28/2007_

$ _75_   on or before _9/28/2007_

$ _75_   on or before _9/28/2007_

$ _75_   on or before _10/05/07_

*FILED*
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 2 5 2007

KENNETH S. GARDNER, CLERK
PS REP. - MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____
Signature of Attorney   Date

_____
Name of Attorney

X _Lalterra Jones_ _9/3/07_
Signature of Debtor   Date
(In a joint case, both spouses must sign.)

_____   _____
Signature of Joint Debtor (if any)   Date

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____      _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____      **SEP 2 5 2007**
Signature of Bankruptcy Petition Preparer      Date

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156_

© 1994 E•Z LEGAL FORMS®

KENNETH S. GARDNER      SEP 2 5 2007      K100-7A
Clerk, U.S. Bankruptcy Court